| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JUAN MANUEL ALBARADO, §
　　　　§
　　Plaintiff, §
　　　　§
*versus* § CIVIL ACTION NO. 9:19-CV-226
　　　　§
MOHAMED TOUHAMI, *et al.*, §
　　　　§
　　Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Juan Manuel Albarado, proceeding *pro se*, filed this civil rights lawsuit against Mohamed Touhami, Caulder Schwarz and Robert Posvar. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for judgment on the pleadings filed by the defendants be granted. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#88) is **ADOPTED**. The motion for judgment on the pleadings (#78) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 10th day of September, 2024.

　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE